## 48944. HALE v. ADMINISTRATION OF VETERAN AFFAIRS.

BELL, Chief Judge. This case was filed in the Civil Court of Fulton County. The only relief sought was the possession of real estate. The original appellate jurisdiction in an action such as this is in the appellate division of the civil court. Thus this court has no jurisdiction and the appeal must be dismissed. *Daniel v. Federal Nat. Mortgage Assn.,* 231 Ga. 385.

*Appeal dismissed. Quillian and Clark, JJ., concur.*

SUBMITTED JANUARY 8, 1974 — DECIDED JANUARY 15, 1974.

*Theodore Edward Smith,* for appellant.

*John W. Maloof,* for appellee.


## 48981. CROSS v. THE STATE.

BELL, Chief Judge. The defendant appeals his conviction for speeding. The sentence imposed was a $100 fine which the record shows he has paid. The payment moots the appeal and it must be dismissed. *Hayes v. State,* 116 Ga. App. 260 (157 SE2d 30).

*Appeal dismissed. Quillian and Clark, JJ., concur.*

ARGUED JANUARY 8, 1974 — DECIDED JANUARY 15, 1974.

*McDonald & Dupree, Hylton B. Dupree, Jr.,* for appellant.

*Paul F. Carden, Solicitor, Herbert A. Rivers,* for appellee.